# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CALVIN LEE COFER, | ) | 1:08-cv-00991 LJO GSA |
| | ) | |
| Plaintiff, | ) ) | ORDER DIRECTING PLAINTIFF TO FILE USM-285 FORM |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) ) | |
| Defendant. | ) ) | |

Plaintiff Calvin Lee Cofer ("Plaintiff") is proceeding pro se and in forma pauperis in this action. Plaintiff filed his complaint and a motion to proceed in forma pauperis on July 14, 2008. On July 24, 2008, the court issued an order (1) granting Plaintiff's application to proceed in forma pauperis; and (2) dismissing his complaint with leave to file an amended complaint. In the order, the court indicated that once Plaintiff filed his first amended complaint, the court would screen it and, if appropriate, order that service proceed and that the scheduling order proceed. On August 6, 2008, Plaintiff filed a First Amended Complaint.

The court has screened the First Amended Complaint in accordance with the court's July 24, 2008 order. In compliance with the order, the First Amended Complaint contains the docket number assigned to this case, is labeled "First Amended Complaint," indicates Plaintiff is proceeding against Michael J. Astrue, Commissioner of Social Security, includes the last four

digits of his social security number and references the date and the decision of the administrative law judge of which he complains.

      Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the Commissioner of Social Security.
2. The Clerk of the Court shall issue a Scheduling Order in Social Security Appeal.
3. The Clerk of the Court also shall issue summons and the United States marshal shall serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the Plaintiff. In accordance with the court's order granting Plaintiff's application to proceed in forma pauperis, all costs of service shall be advanced by the United States.
4. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the Notice of Submission of Documents issued with the Scheduling Order and submit the completed Notice to the Court with the following documents:
   a. One completed USM-285 form;
   b. Five copies of the First Amended Complaint;
   c. One original summons and five copies of the Summons;
   d. Five copies of this order directing service by the U.S. Marshal; and
   e. Five copies of other documents to be served.
5. <u>The failure to comply with this Order by Plaintiff will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:   **August 14, 2008**           /s/ **Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE