1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CALVIN LEE COFER, | ) | 1:08-cv-00991 LJO GSA |
| | ) | |
| | ) | |
| | ) | ORDER DIRECTING PLAINTIFF TO REPLY |
| Plaintiff, | ) | TO DEFENDANT'S MOTION TO REMAND |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

        On January 26, 2009, Defendant filed a Motion to Remand this action for further

administrative proceedings pursuant to "sentence six" of § 205(g) of the Social Security Act, 42

U.S.C. § 405(g) due to problems with obtaining the administrative record.

        Plaintiff shall file an opposition to this motion no later than February 25, 2009.  If

Plaintiff will not be opposing this motion, a non-opposition to the motion shall also be filed no

later than February 25, 2009.  **Plaintiff is advised that failure to file a response may result in**

**Defendant's motion being granted**.

        IT IS SO ORDERED.

   **Dated:**  **February 6, 2009**                         **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE

1